U.S. DISTRICT COURT – N.D. OF N.Y.
FILED
Jun 24 - 2025
John M. Domurad, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.   1:25-CR- 268    (PJE) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **DARLON MCDONALD,** | ) | Violation:   18 U.S.C. § 611 |
| | ) | [Voting by Aliens] |
| | ) | |
| | ) | Two Counts |
| | ) | |
| **Defendant.** | ) | County of Offenses:   Schenectady |

### THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### [Voting by Aliens]

On or about August 23, 2022, in Schenectady County in the Northern District of New York, the defendant, **DARLON MCDONALD**, an alien, fully knowing he was not a United States citizen, did knowingly vote in a primary election held in part for the purpose electing a Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

### COUNT 2
### [Voting by Aliens]

On or about November 8, 2022, in Schenectady County in the Northern District of New York, the defendant, **DARLON MCDONALD**, an alien, fully knowing he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a Member of the Senate and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611.

Dated: June 24, 2025               JOHN A. SARCONE III
                                              United States Attorney

                                    By:   /s/ *Joshua Rosenthal & Richard Belliss*
                                              Joshua Rosenthal & Richard Belliss
                                              Assistant United States Attorneys
                                              Bar Roll Nos. 700730 & 515295